UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TIFFANY LOPEZ, on behalf of herself
and all others similarly situated

        Plaintiff,

v.                                           Case No:  2:12-cv-683-FtM-38UAM

RIB CITY ESTERO, INC., PAUL D.
PEDEN and CRAIG D. PEDEN,

        Defendants.
_____/

## ORDER[1]

This matter comes before the Court on the Report and Recommendation of Magistrate Judge Douglas N. Frazier (Doc. #52) filed on September 12, 2013, recommending that the Joint Motion to Approve Settlement Agreement and Dismissal with Prejudice (Doc. #49) be granted, the settlement approved, and the case dismissed.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112, 103 S. Ct. 744, 74 L. Ed. 2d 964 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the Magistrate Judge.

Accordingly, it is now

**ORDERED:**

(1) The Report and Recommendation of Magistrate Judge Douglas N. Frazier (Doc. #52) is **ADOPTED** and the findings incorporated herein.

(2) The parties' Joint Motion to Approve Settlement Agreement and Dismissal with Prejudice (Doc. #49) is **GRANTED** and the General Release and Settlement Agreement (Doc. #49-1) is **APPROVED** as fair and reasonable resolution of a bona fide FLSA dispute among the Parties to this action.

(3) The Clerk shall enter judgment **DISMISSING** the case with prejudice, terminate all deadlines and motions, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 16th day of September, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record